**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX SHTEYNSHLYUGER, M.D.,<br>　　Plaintiff,<br><br>　　　v.<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES et al.,<br>　　Defendants. | **Civil Action No. 20-2062 (JDB)** |

## SCHEDULING ORDER

Upon consideration of [54] the parties' joint status report and their respective proposed scheduling orders, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern further proceedings:

- The parties shall meet and confer on the status of request 7001 by not later than May 13, 2026;

- The parties shall file a further joint status report by not later than June 22, 2026, and every 60 days thereafter until processing and production is complete;

- Defendants shall complete reconsiderations for request 7025 by not later than June 1, 2026, and shall produce non-exempt records as soon as practicable thereafter;

- Defendants shall complete processing of records for ASETT database complaints regarding requests 7001, 7007, 7042, and 7060 by not later than June 26, 2026, and shall produce non-exempt records as soon as practicable thereafter;

1

- Defendants shall complete processing of records for email searches regarding requests 7007, 7042, and 7060 by not later than September 30, 2026, and shall produce non-exempt records as soon as practicable thereafter;

- Defendants shall complete processing of records for email searches regarding request 7001 by not later than October 15, 2026, and shall produce non-exempt records as soon as practicable thereafter;

- Defendants' motion for summary judgment is due by not later than November 5, 2026;

- Plaintiff's opposition and cross-motion for summary judgment are due by not later than December 8, 2026;

- Defendants' reply and opposition are due by not later than January 15, 2027;

- Plaintiff's reply is due by not later than February 1, 2027.

**SO ORDERED**.

/s/

JOHN D. BATES
United States District Judge

Date: <u>May 1, 2026</u>

2